IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

MARION LEWIS,                                    )
          Petitioner,                      )
                                                 )
v.                                               )          Civil No. 7:12-CV-189-O-BL
                                                 )
JACK COUNTY DISTRICT CLERK,                      )
          Respondent.                      )

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous. This dismissal is without prejudice to any habeas action currently pending or later filed by Marion Lewis in which he attacks his conviction.

SO ORDERED this 22nd day of February, 2013.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**